47504.  ROBBINS v. ROBBINS.

Stolz, Judge. The defendant ex-husband appeals from the grant of summary judgment in favor of the plaintiff ex-wife in her action on a New York judgment for past due alimony payments. *Held:*

Even assuming that the original alimony agreement is invalid for any of the reasons asserted by the defendant's answer, the undisputed facts show a ratification of the agreement by the defendant, while represented by counsel, by his subsequent payments thereunder and his incorporation of the agreement in a Mexican divorce decree which he obtained. *Brooks v. Hooks,* 221 Ga. 229, 235 (144 SE2d 96); *Camp v. Hatcher,* 119 Ga. App. 63 (166 SE2d 422). The balance of payments due is shown by the evidence; the defendant's remedy for reducing the amount of his obligation is the revision of the alimony

judgment pursuant to *Code Ann.* § 30-220 (Ga. L. 1955, pp. 630, 631; Ga. L. 1964, pp. 713, 714).

Therefore, the grant of summary judgment for the wife was not error.

*Judgment affirmed. Bell, C. J., concurs. Evans, J., concurs in the judgment only.*

ARGUED SEPTEMBER 7, 1972—DECIDED OCTOBER 17, 1972.

*Rose M. Higby,* for appellant.

*Cotton, Katz & White, Richard Katz,* for appellee.